



**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH M. HIRAOKA, JR.**
*Senior Counsel*
phone: (212) 356-2413
jhiraoka@law.nyc.gov

August 2, 2024

**BY ECF**
Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Ganesh Boodhoo, Jr. v. City of New York, et al.</u>
24 Civ. 4727 (DEH)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. Defendant City writes to respectfully request that the Court (1) adjourn the August 15, 2024 initial pretrial conference until such time after the parties fulfill all requirements set forth by Local Rule 83.10 ("the Plan"), and (2) extend a corresponding adjournment for the parties to submit the joint letter and case management plan, which are currently due on August 7, 2024. This is defendant City's first such request. Plaintiff's counsel consents to these requests.

By way of background, plaintiff brought this action, pursuant to 42 U.S.C. §§ 1983 and 1988, against the City of New York and Police Officer John Iodice, alleging claims of, *inter alia*, false arrest, malicious prosecution and denial of due process and a fair trial, as well as New York state law claims of assault and battery. On June 24, 2024 the Court designated this case as part of the Plan. <u>See</u> ECF Entry, Notice, June 24, 2024. The defendant City received plaintiff's unsealing release on July 18, 2024, and therefore, defendant City's deadline to answer or otherwise respond to the Complaint is September 16, 2024. Thereafter, the parties will exchange initial disclosures, limited discovery, a settlement demand, a settlement offer, and participate in a mediation in accordance with the Plan.

As such, defendant City respectfully requests an adjournment of the initial conference and deadline to submit a joint letter and case management plan in order to proceed in accordance with the Plan, which is designed to reach early resolution of matters without the need for Court intervention or involvement.

---

**Application GRANTED.** The parties' deadlines to submit the proposed case management plan and scheduling order, as well as the joint status letter, are ADJOURNED sine die, pending the parties' fulfillment of the Plan. The parties are ORDERED to file a joint status letter on ECF in 90 days.

**SO ORDERED.** The Clerk of Court is respectfully requested to terminate ECF No. 10.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
New York, New York
Dated: August 5, 2024

Accordingly, defendant City respectfully requests that the Court (1) adjourn the August 15, 2024 initial pretrial conference until such time after the parties fulfill all requirements set forth by the Plan, and (2) extend a corresponding adjournment for the parties to submit the joint letter and case management plan, which are currently due on August 7, 2024.

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

/s/ *Joseph M. Hiraoka, Jr.*
Joseph M. Hiraoka, Jr.
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF**
Masai Lord, Esq.
*Attorney for Plaintiff*