UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ganesh Boodhoo Jr., <br><br>　　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>City of New York, et al., <br><br>　　　　　　　Defendants. | 24 Civ. 4727 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **March 13, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **March 20, 2025,** at **2:30 P.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: March 14, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge