UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Boodoo Jr.,<br><br>      Plaintiff,<br><br>  v.<br><br>City of New York et al.,<br><br>      Defendants. | 24-CV-4727 (DEH)<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

DALE E. HO, United States District Judge:

  Due to a technical error, the dial in information for Thursday's conference has changed. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: [208 395 095], followed by the pound (#) sign.

  SO ORDERED.

Dated: October 29, 2025
    New York, New York

                  _____
                     DALE E. HO
                  United States District Judge