UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOODHOO JR.,

                      Plaintiff,

          v.

CITY OF NEW YORK et al.,

                     Defendants.

24-CV-4727 (DEH)

ORDER

DALE E. HO, United States District Judge:

      As stated on the record during today's conference, the Court **GRANTS** Plaintiff's Motion to Compel, ECF No. 33, with respect to requests for production No. 18 and No. 24.  The Court finds that the requested training documents are relevant to a potential defense of qualified immunity that could be asserted by Defendant Iodice.  *Kent v. Katz*, 125 F. App'x 334, 335 (2d Cir. 2005).  The Court also finds that any disciplinary records relating to conduct similar to that alleged in the complaint, including but not limited to arrests or the use of force, are relevant and discoverable at this stage.  *Gibbs v. City of New York*, No. 06 Civ. 5112 (ILG) (VVP), 2008 WL 314358, at *1 (E.D.N.Y. Feb. 4, 2008).  Due to Plaintiff's willingness to limit the request only to disciplinary records for conduct within the last ten years, the Court finds the request proportionate to the needs of the case.  The Clerk of Court is respectfully directed to terminate ECF No 33.

      The parties are directed to meet and confer on reasonable search terms for training documents.  If the parties cannot agree, they may return to the Court for further guidance.

SO ORDERED.

Dated:  October 30, 2025
   New York, New York

                                        DALE E. HO
                            United States District Judge