UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Boodhoo Jr., | |
| Plaintiff, | 24-CV-4727 (DEH) |
| v. | ORDER |
| City of New York et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

Upon reviewing Plaintiff's production, Defendants' Motion to Compel and Motion for a discovery extension is DENIED WITHOUT PREJUDICE as MOOT. The Clerk of Court is respectfully directed to terminate ECF No. 44.

SO ORDERED.

Dated: December 9, 2025
New York, New York

DALE E. HO
United States District Judge