UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Boodhoo Jr.,

                Plaintiff,

      v.

City of New York et al.,

                Defendants.

24-CV-4727 (DEH)

ORDER

DALE E. HO, United States District Judge:

      As stated on the record, Defendants' Renewed Motion to Compel Plaintiff to sign the requested firearms permit applications release is **DENIED WITHOUT PREJUDICE**. Defendants are **DIRECTED** to seek the requested information through a Rule 45 subpoena. Plaintiff acknowledges that his application will be released to the City Law Department for the purposes of this litigation.

      SO ORDERED.

Dated:  December 18, 2025
        New York, New York

                                      DALE E. HO
                           United States District Judge