UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Boodhoo Jr.,

                              Plaintiff,

                v.

City of New York et al.,

                              Defendants.

24-CV-4727 (DEH)

ORDER

DALE E. HO, United States District Judge:

On review of the several letters regarding Plaintiff's Letter Motion to Compel production of training materials and disciplinary records, ECF Nos. 56, 58, 59, the Court rules as follows:

The motion to compel production of training materials is **DENIED AS MOOT** based on Defendants' representations that no relevant LEOSA-based training materials, or any other responsive training materials, exist.

The motion to compel production of Officer Iodice's disciplinary records is **DENIED WITHOUT PREJUDICE** as unripe.  The parties are **DIRECTED** to meet and confer about the underlying files in the log produced by Defendants.  If the parties reach an impasse, Plaintiff may file a renewed motion to compel production of the disciplinary records at that time.

        SO ORDERED.

Dated:  April 14, 2026
        New York, New York

                                        _____
                                                DALE E. HO
                                        United States District Judge