

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

June 3, 2026

<u>**VIA ECF**</u>
Honorable Dale E. Ho
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Ganesh Boodhoo Jr. v. City of New York*, et al.
24 Civ. 04727 (DEF)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York and John Iodice. Defendants write to respectfully provide the Court a status update in advance of the case management conference on June 11, 2026.

Discovery is scheduled to close on June 8, 2026.  The depositions of Plaintiff and Officer Iodice were conducted on May 8, 2026 and May 19, 2026, respectively, as previous represented to the Court. *See* Dkt. No. 64. At Plaintiff's deposition, he testified that he returned to active duty in the Army prior to being arrested on the date of incident. Based on Plaintiff's previous disclosures, Defendants were only aware that Plaintiff was discharged from the Army prior to being arrested.  As a result of this new information, Defendants are investigating whether Plaintiff's LEOSA license would have been rendered inactive due to these changes in service status because LEOSA sets forth separate requirements for qualified law enforcement officers and retired law enforcement officers. *See* 18 U.S.C.S. § 926B; 18 U.S.C.S. § 926C. This investigation will not be completed by June 8th.

Moreover, while the parties have engaged discovery, including the production of documents and information as well as responses to discovery demands, documents and releases requested at Plaintiff's deposition, and in Defendants' discovery demands, are still outstanding. Following the completion of their investigation and anticipated production of these requested documents and releases, Defendants intend to move for summary judgment. However, Defendants are open to resuming settlement discussions with Plaintiff but this is hampered by this ongoing

investigation and the outstanding documents/releases requested from Plaintiff. In addition, Plaintiff has indicated that he will be serving Defendants with post-deposition demands, although those have not been served even though there are only days remaining for discovery under the current schedule.

Defendants can further explain the relevance of their investigation and outstanding discovery to their defenses at the June 11th conference.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

cc: All Counsel of Record

2