UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Boodhoo Jr.,

Plaintiff(s),

v.

City of New York et al.,

Defendant(s).

24-CV-4727 (DEH)

ORDER

DALE E. HO, United States District Judge:

This matter is set for a post-discovery conference on July 30, 2026 at 11:00 a.m. On June 5, 2026, this Court ordered the parties to file a revised case management plan by June 10, 2026. ECF No. 70. Parties are also required to file a joint letter one week before post-discovery conferences stating whether either party plans to file a dispositive motion, or if the parties seek referral to the District's mediation program or the assigned Magistrate Judge for a settlement conference.

As of July 24, 2026, the Parties have filed neither the case management plan nor joint letter. Accordingly, the Parties are ORDERED to file a revised case management plan and joint letter by Monday, July 27, 2026, at 12:00 p.m. Failure to comply with orders of this court may result in sanctions or dismissal for failure to prosecute.

SO ORDERED.

Dated: July 24, 2026
New York, New York

DALE E. HO
United States District Judge