THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

July 29, 2026

**VIA ECF**
Honorable Dale E. Ho
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Ganesh Boodhoo Jr. v. City of New York*, et al.
24 Civ. 04727 (DEF)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York and John Iodice. Defendants write to respectfully request a brief extension until August 3, 2026, to file their motion to compel and a corresponding extension until August 5, 2026, for Plaintiff to respond. Plaintiff's counsel, Masai Lord, takes no position on this request.

On July 27, 2026, discovery was extended until August 19, 2026, and Defendants were ordered to file their motion to compel by today. Dkt. No. 74. Yesterday, at 3:27 p.m., Plaintiff emailed Defendants his written responses to Defendants' post deposition discovery requests that, as indicated in the Parties' status report by Defendants, were not previously produced. *See* Dkt. No. 72. Plaintiff purports that Plaintiff "erred and failed" to serve these responses on July 3, 2026. The requested extension will allow Defendants to review these new responses and objections to be addressed in the motion to compel.

Accordingly, Defendants respectfully request an extension until August 3, 2026, to file our motion to compel and a corresponding extension until August 5, 2026, for Plaintiff to respond.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

*Thomas Lai s/*
Thomas Lai
Senior Counsel
Special Federal Litigation Division

cc: All Counsel of Record

**Application GRANTED nunc pro tunc. The deadline is EXTENDED to August 3, 2026, and the response deadline is EXTENDED to August 6, 2026.**

**The Clerk of Court is respectfully directed to terminate ECF No. 80.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 30, 2026
New York, New York