UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Boodhoo Jr.,

Plaintiff,

v.

City of New York et al.,

Defendants.

24-CV-4727 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court will hold a discovery conference in this matter on Friday, August 7, 2026 at 3:00 p.m.. The parties should join the conference by dialing (646) 453-4442 and entering the confer ID: 590 952 791, followed by the pound sign (#).

SO ORDERED.

Dated: August 5, 2026
New York, New York

DALE E. HO
United States District Judge