UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Boodhoo Jr., Plaintiff, v. City of New York et al., Defendants. | 24-CV-4727 (DEH) ORDER |

DALE E. HO, United States District Judge:

Today, the Court held a conference on the parties' respective motions to compel. ECF Nos. 79 and 83. For the reasons stated on the record at today's discovery conference, the Court rules as follows:

- The motion to compel production of training materials on issues including firearms licensing, police pursuits, and radio runs is **GRANTED**. Defendants shall produce responsive documents or certify that no responsive materials exist.
- The motion to compel production of Officer Iodice's disciplinary records relating to the incident leading to additional training is **GRANTED.** Defendants shall produce disciplinary record and documents relating to the underlying incident.
- The motion to exclude the late disclosed witnesses is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's request to preclude those witnesses' testimony is denied, but Plaintiff's request to depose these witnesses is granted.
- The motion to compel production of various licenses and ID cards is **GRANTED**. Plaintiff shall produce
    - The back of his Department of the Army Qualified DoD Law Enforcement Officer card shown on page 5 of ECF No. 85

  - The front and back of his current (2026) Department of the Army Qualified DoD Law Enforcement Officer card
  - The front and back of his Guardian Security ID card
  - The back of his New York State Security Guard license shown on page 5 of ECF No. 85.

- The motion to compel production of Plaintiff's discharge and/or reinstatement papers from the Army is **GRANTED**. Plaintiff shall produce these documents or provide the necessary release for Defendants to obtain these documents.
- The motion to compel production of the name of the individual identified at Plaintiff's deposition is **DENIED AS MOOT**. Plaintiff shall produce the identity of this individual in response to Defendant's requests.

The Parties are **ORDERED** to file a revised case management plan by **Friday, August 14, 2026.** After that date, no further extensions of the discovery deadline will be permitted absent a showing of extraordinary cause.

The Clerk of Court is respectfully directed to terminate ECF Nos. 79 and 83.

SO ORDERED.

Dated: August 7, 2026
New York, New York

DALE E. HO
United States District Judge