UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ganesh Boodhoo Jr.,

Plaintiff,

v.

City of New York, et al.,

Defendants.

24-CV-4727 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court will hold a discovery conference in this matter on **Thursday, November 5, 2026** at **10:30 a.m**. The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: 918 626 918, followed by the pound sign (#).

SO ORDERED.

Dated: October 30, 2026
New York, New York

DALE E. HO
United States District Judge