THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336

November 4, 2026

Application **GRANTED**. The conference currently scheduled for November 5, 2026 is adjourned until **November 13, 2026**, at **11:30 a.m.** The Clerk of Court is respectfully directed to close ECF No. 94.

SO ORDERED.

Dated: November 4, 2026
New York, New York

Dale E. Ho
United States District Judge

**VIA ECF**
Honorable Dale E. Ho
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Ganesh Boodhoo Jr. v. City of New York* et al.
24 Civ. 04727 (DEF)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York and Office Iodice. Defendants write to respectfully request a one week adjournment of the discovery conference scheduled for November 5, 2026 to November 12, 2026 or a date thereafter. This is the first request for an adjournment. Defendants apologize for the lateness of this request and Plaintiff's counsel was not contacted prior to making this application due to its emergency nature.

The reason for the adjournment is that the undersigned is currently out on medical leave. The undersigned is out of state tending to a personal medical emergency and is unavailable for the conference. The adjournment will hopefully allow for the undersigned to return to work and attend the conference.

Accordingly, Defendants respectfully request for the discovery conference to be adjourned until November 12, 2026 or a date thereafter.

Defendants thanks the Court for its consideration of the above.

Respectfully submitted,

*Thomas Lai s/*
Thomas Lai
Senior Counsel
Special Federal Litigation Division