UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ganesh Boodhoo Jr.,

Plaintiff,

v.

City of New York, et al.,

Defendants.

24-CV-4727 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a scheduling conflict on the Court's calendar, the discovery conference currently scheduled for November 13, 2026 is hereby **ADJOURNED** to **November 16, 2026** at **3:30 p.m.**

SO ORDERED.

Dated: November 11, 2026
New York, New York

DALE E. HO
United States District Judge