UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ganesh Boodhoo Jr.,
Plaintiff,

v.

City of New York, et al.,
Defendants.

24-CV-4727 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court held conferences regarding Plaintiff's Motion to Compel, ECF No. 90, on November 16, 2026 and today. For the reasons discussed at today's conference, the motion is **GRANTED** and the Court orders as follows:

- By no later than November 24, 2026, Defendants are directed to file a sworn declaration by someone with personal knowledge detailing: (1) the extent of the records searched or to be searched in order to produce the requested training materials and disciplinary records; (2) the form in which those records are kept, *i.e.* whether they are in physical or digital form and their custodians; (3) what search efforts Defendants have undertaken with respect to these records, and when; and (4) an anticipated timeframe for completion of these searches.
- By no later than December 4, 2026, Plaintiff is directed to respond to Defendants' Second Set of Interrogatories and First Set of Requests for Admission.
- By no later than December 7, 2026, Defendants are directed to complete all document productions to Plaintiff.
- By no later than December 18, 2026, the parties are directed to complete any physical inspection of the licenses and identifications produced by Plaintiff.

- By no later than December 18, 2026, the parties are directed to complete any outstanding depositions.
- Discovery is hereby extended until December 18, 2026. The Court does not intend to grant any further extensions of the discovery deadline.

The Clerk of Court is respectfully directed to close ECF No. 90.

SO ORDERED.

Dated: November 24, 2026
New York, New York

DALE E. HO
United States District Judge